UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WEI NGAI, an infant by her Guardian Ad Litem, et al., **Plaintiffs,** v. OLD NAVY, **Defendant** | Civil Action No. 07-5653(KSH) **ORDER ON INFORMAL APPLICATION** |

This matter having come before the Court by way of submission dated May 13, 2009, and May 18, 2009, regarding the depositions of certain witnesses for whom depositions were permitted in the Final Pretrial Order;

and the Court having considered the submissions and record of proceedings, including the arguments, representations, and rulings made during the Final Pretrial Conference on February 25, 2009;

and for the reasons set forth in the Opinion delivered on the record on May 20, 2009;

and for good cause shown,

IT IS ON THIS 20th day of May, 2009

ORDERED that the depositions shall take place as follows in New Jersey:

1. Denise Campbell shall be deposed first and her deposition shall be completed no later than **May 29, 2009 at 11:00 a.m.**;

2. The depositions of the following witnesses shall take place on any of the following

dates based upon the availability of the witness: **June 2, 4, 5, 6, 16, 17, and 18, 2009** commencing at **11:00 a.m. and/or 2:30 p.m.**: Nada Batres, Fiona Williams, and Dean Mignott. If the party cannot facilitate the appearance of Mr. Mignott, then a subpoena shall be served for his appearance;

IT IS FURTHER ORDERED that the deposition of Jovanna Tercovich shall take place via video conference and shall be completed no later than **June 30, 2009**; and

IT IS FURTHER ORDERED that plaintiff shall provide defendant with a copy of the recording with Mr. Mignott no later than 48 hours before the date of his deposition.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**