## PSAK & ASSOCIATES
### GEORGE L. PSAK, ESQ., LLC
ATTORNEYS AT LAW

| | | |
|---|---|---|
| GEORGE L. PSAK* | 127 UNION AVENUE | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| ROBERT A. MCLARTY, JR. | MIDDLESEX, NEW JERSEY 08846-1000 | ^NJ AND NY BARS |
| Michael J. Frank | (732) 560-0100 | |
| ELLEN L. YANG | FAX (732) 560-9272 | |
| Richard J Isolde^ | EMAIL: GPSAK@PSAKLAW.COM | |
| | WWW.PSAKLAW.COM | |

June 22, 2009

Hon. Katharine S. Hayden
U.S. District Court-Newark
Frank R. Lautenberg U.S. P.O. Courthouse Bldg.
Room 311 - P. O. Box 999
Newark, New Jersey   07101-0999

    Re:    ***Wei Ngai, Enid Tran & Chau Ngai vs. Gap, Inc.***
            ***Our File No.: D153-44720GLP***
            ***Client File No.:***
            ***Docket No.: 2:07-cv-05653***

Dear Judge Hayden:

Please accept this motion as filed by Scott Feringa, Esq. to withdraw as counsel pro hac vice. I will remain as attorney for The Gap, Inc.

                                            Respectfully submitted,

                                            George L. Psak

GLPd
Enc.
cc: Scott D. Feringa, Esq., Sullivan, Ward, Asher & Patton, P.C.
    Rosemarie Arnold, Esq., Law Offices of Rosemarie Arnold
    Ms. Fiona Williams, Gap, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

------------------------------------------------------------x

Plaintiff(s)
WEI NGAI, an infant by her Guardian
Ad Litem, ENID TRAN, ENID
TRAN, Individually, and CHAU NGAI,
Individually,

      vs.                      Civil Action No.:  2:07-cv-05653-KSH-PS

Defendant(s)
OLD NAVY, a subsidiary of GAP, INC.,
and/or "ABC CORP 1 through 10",
and/or "DEF CORP 1 through 10",
(the last two being fictitious designations),

------------------------------------------------------------x

**MOTION OF SCOTT D. FERINGA PURSUANT TO LOCAL RULE 102.1**
**REQUESTING WITHDRAWAL OF APPEARANCE**

------------------------------------------------------------x

**NOW COMES** Scott D. Feringa and hereby requests that this Honorable Court permit him to withdraw as counsel for GAP, INC, i/s/h/a Old Navy, a subsidiary of Gap in this matter.

1. This Court permitted Scott D. Feringa to appear in conjunction with local counsel, granting a request for pro hac vice admission on July 21, 2008.

2. As a result of certain matters, Scott D. Feringa has recommended to his client that he be permitted to withdraw as counsel from the defense of this matter and GAP, INC, i/s/h/a Old Navy, a subsidiary of Gap has consented.

3. That the continued representation of GAP, INC, i/s/h/a Old Navy, a subsidiary of Gap will be solely by George L. Psak, Psak & Associates, should this Court grant the motion for Scott D. Feringa to withdraw.

4. That Confidential Attorney/Client Privilege information is being supplied to this Court *in camera* for this Court's review.

**WHEREFORE**, Defendant GAP, INC, i/s/h/a Old Navy, a subsidiary of Gap, hereby requests that this Honorable Court grant the Motion to Permit Scott D. Feringa to Withdraw his appearance in this matter.

Respectfully submitted,

By: /s/ George L. Psak
GEORGE L. PSAK
**PSAK & ASSOCIATES**
Attorneys for GAP, INC, i/s/h/a
Old Navy, a subsidiary of Gap
127 Union Avenue
Middlesex, NJ 08846
(732) 560-0100 x 111

PRO HAC VICE ATTORNEY:

SCOTT D. FERINGA (P28977)
**SULLIVAN WARD ASHER & PATTON, P.C.**
Attorneys for GAP, INC, i/s/h/a
Old Navy, a subsidiary of Gap
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48075-1000
(248) 746-0700

Dated: 6/22/09