Law Offices of

# Rosemarie Arnold

### Certified Civil Trial Attorney

In New York:
Tacopina & Arnold
275 Madison Avenue
New York, New York 10016
(212) 883-8888

1386 Palisade Avenue
Fort Lee, New Jersey 07024
Tel: (201) 461-1111
Fax: (201) 461-1666

Please reply to New Jersey

Rosemarie Arnold*♦∞
Sheri A. Breen*○
Evan D. Baker▲∞
Natalie A. Zammitti Shaw*∞

Francesca Aiello-Nicholas
Kelly A. Conlon
Cindy Newman*
Angela Hounis‡
Juliana M. Barno*
John W. Magrino※
Paige R. Butler*
Annemarie Brann-Todd

Joseph Tacopina§+



∞ Certified Civil Trial Attorney
○ Managing Attorney
* Admitted in NJ & NY
♦ Admitted in NV
+ Admitted in NY
‡ Admitted in NJ & CA
▲ Admitted in NY, NJ & IL
※ Admitted in NY, NJ & DC
§ Of Counsel

June 23, 2009

<u>Via E-File</u>

Magistrate Judge Patty Shwartz
USDC District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

> Re:    Wei Ngai, et al. v. Old Navy, et al.
>         Civil Action No.  2:07-cv-05653

Dear Judge Shwartz:

The purpose of letter is to respond to Your Honor's inquiry as to Plaintiff's position regarding the Motion of Scott Feringa, requesting withdrawal of appearance pursuant to L. Civ. R. 102.1.  Kindly accept this letter in lieu of a more formal response.

Pursuant to <u>George v. Siemens Industrial Automation, Inc.</u>, 182 F.R.D. 134 (D.N.J. 1998), the undersigned requests to view any and all documents submitted in support of Attorney Feringa's motion to withdraw as Gap's counsel (which were provided to the court for an *in camera* review) that do not fall within the Attorney-Client Privilege.  This is including but not limited to the following exceptions to the Attorney-Client Privilege: 1) any communications between an attorney and client in the course of legal service sought or obtained in aid of the commission of a crime or fraud; 2) "At-issue" Exception, which the Court in <u>George</u> describes as, "When a party to a lawsuit puts protected information at issue by making it relevant to the case, and the application of the privilege would deny the opposing party access to the information vital to its defense." <u>Id.</u> (citing <u>Hearn v. Rhay</u>, 68 F.R.D. 584 (E.D.Wash. 1975).

Page 2
June 23, 2009

    Plaintiff asserts that if any and/or all of the documents submitted by Defendant in support of the Motion for Withdrawal of Appearance for Scott Feringa fall outside of the Attorney-Client Privilege, such submissions must be disclosed to Plaintiff.

    Additionally, Plaintiff objects to the relief sought to the extent it will delay the trial.

           Respectfully Submitted,

           ROSEMARIE ARNOLD

RA:tw
cc:   George Psak, Esq.
      Scott Feringa, Esq.