**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| WEI NAGI, an infant by her | : | |
| Guardian Ad Litem, et al., | : | |
| | : | **Civil Action No. 07-5653(KSH)** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | **ORDER ON INFORMAL APPLICATION** |
| OLD NAVY, | : | |
| | : | |
| Defendant | : | |

This matter having come before the Court by way of motion of defendant to allow its pro hac vice counsel to withdraw;

and the Court having considered the submissions;

and the Court being advised that the plaintiffs do not oppose the motion but seek disclosure of documents submitted in support of the request that are not protected by the attorney-client privilege;

and the Court having reviewed the information submitted ex parte in support of the motion;

and the Court now directing defense counsel to either produce the attachment to the submission or submit a letter explaining why the attorney-client privilege should not be pierced;

and for the reasons set forth in the Opinion delivered on the record on June 24, 2009;

and for good cause shown,

IT IS ON THIS 24th day of June, 2009

ORDERED that the motion of defendant to permit its pro hac vice counsel to withdraw [Docket No. 64] is granted; and

IT IS FURTHER ORDERED that, no later than **July 2, 2009**, the defendant shall either

produce the attachment to the submission to plaintiffs or submit a letter explaining why the

attorney-client privilege over the attachments to the letter should not be pierced.


s/Patty Shwartz _____
**UNITED STATES MAGISTRATE JUDGE**